IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRCT OF TENNESSSEE

TRUSSCRAFT, LLC,

        Plaintiff,

vs.                               No. 3:11-0413

FIDELITY NATIONAL PROPERTY       JURY DEMANDED
& CASUALTY INSURANCE COMPANY,
and LIG INSURANCE AGENCY, INC.

        Defendants.

### AGREED ORDER OF COMPROMISE AND DISMISSAL

As evidenced by the signatures of counsel for the parties below, it appears to the Court that the parties have compromised and settled all claims asserted between these parties and agree that all claims between these parties in this lawsuit should be dismissed with prejudice.

It is accordingly, ORDERED that the claims asserted in this case be and hereby are DISMISSED WITH PREJUDICE.

ENTERED this the _____ day of _____, 2012.

                                                        _Todd Campbell_
                                                        JUDGE

Submitted for Entry:

**GILBERT RUSSELL McWHERTER PLC**

/s/ Chad Naffziger
J. BRANDON MCWHERTER #21600
CHAD NAFFZIGER
*Attorneys for Plaintiff*
101 N. Highland
Jackson, Tennessee 38301
Telephone: (731) 664-1340
bmcwherter@gilbertfirm.com
cnaffziger@gilbertfirm.com

**HOWELL & FISHER, PLLC**

/s/ Darrell Townsend
DARRELL G. TOWNSEND #5460
*Attorneys for Defendant LIG Insurance Agency, Inc.*
Court Square Building
300 James Robertson Parkway
Nashville, Tennessee 37201-1107
(615) 244-3370

**NIELSEN LAW FIRM, L.L.C.**

/s/ Joseph Aguda Jr.
JOSEPH J. AGUDA, JR.
3838 N. Causeway Blvd., Ste. 2850
Metairie, Louisiana 70002
(504) 837-2500

**LeVAN, SPRADER, PATTON & McCASKILL**
MARK S. LeVAN
150 Fourth Avenue North
Suite 1020
Nashville, Tennessee 37219
*Attorneys for Defendant Fidelity National
Property & Casualty Insurance Company*